PATRICK MCDONOUGH (SBN 288285)
San Diego Coastkeeper
8305 Vickers Street, Suite 209
San Diego, CA 92111
Ph: (760) 525-6838
Email: patrick@sdcoastkeeper.org

COAST LAW GROUP, LLP
MARCO A. GONZALEZ (SBN 190832)
LIVIA BORAK BEAUDIN (SBN 259434)
1140 South Coast Highway 101
Encinitas, CA 92024
Ph: (760) 942-8505
Fx: (760) 942-8515
email: marco@coastlaw.com

Attorneys for Plaintiffs
SAN DIEGO COASTKEEPER and COASTAL ENVIRONMENTAL RIGHTS FOUNDATION

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COASTKEEPER, a non-profit corporation, COASTAL ENVIRONMENTAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NUCOR HARRIS REBAR SOUTHWEST, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 3:23 CV-01287-WQH-DEB<br><br>**NOTICE OF COMPLETION AND SUBMITTAL OF FEDERAL AGENCIES' 45-DAY REVIEW PERIOD LETTER; REQUEST FOR ENTRY OF CONSENT DECREE** |

**TO THE COURT AND TO THE PARTIES:**

**PLEASE TAKE NOTICE** that on January 16, 2023, Plaintiffs San Diego Coastkeeper and Coastal Environmental Rights Foundation mailed copies of the proposed Consent Decree in the instant matter via U.S. Certified Mail to the Administrator of the U.S. E.P.A and to the Regional Administrator of EPA Region IX, and emailed the U.S. Attorney General, Citizen Suit Coordinator, at citizensuitdocs.enrd@usdoj.gov (collectively "the Agencies"). (See Doc. No. 7, Exhibit A).

Under the provisions of 40 C.F.R. § 135.5, the Agencies have 45 days from the date of receipt to review a proposed consent decree and to submit comments to the Court and the Parties, if any. Also, Plaintiffs are required to notify the Court upon receiving notice that the agencies have received the Parties' proposed consent decree. (*Id*).

The proposed Consent Decree in this matter was delivered to the U.S. Department of Justice Citizen Suit Coordinator ("DOJ"), on behalf of the Attorney General, on January 16, 2024, and to the Administrator of EPA on January 23, 2024. The Court may approve the Consent Decree after the 45-day review period has run (after March 8, 2024). (See 40 C.F.R. § 135.5).

On March 1, 2024, the DOJ served counsel of record for Plaintiffs a letter stating it had completed its review of the proposed Consent Decree and did not object to its entry by this Court. (See Exhibit "1"). The letter reflects that the United States DOJ received a letter from The San Diego River Park Foundation, the Supplemental Environmental Project ("SEP") recipient, confirming that all funds received by the organizations as a result of the Settlement Agreement would be used solely for the purpose outlined in the Settlement Agreement and that the SEP recipient agrees not to use any SEP funds received to fund political lobbying activities prohibited by section 501(c)(3) of the IRS Code.

Plaintiffs will concurrently lodge the Consent Decree with the Court and

hereby respectfully request its entry upon expiration of the EPA 45-day review period (<u>March 9, 2024 or thereafter</u>).

Should the Court require any additional information, the undersigned will be pleased to provide it upon request.

Dated: March 6, 2024                    Respectfully submitted,

                                        COAST LAW GROUP LLP

                                        <u>By: s/Livia B. Beaudin</u>
                                        LIVIA B. BEAUDIN
                                        Attorney for Plaintiffs
                                        COASTAL ENVIRONMENTAL RIGHTS FOUNDATION
                                        E-mail: livia@coastlawgroup.com
                                        SAN DIEGO COASTKEEPER

                                        <u>By: s/Patrick McDonough</u>
                                        PATRICK MCDONOUGH
                                        Attorney for Plaintiffs
                                        SAN DIEGO COASTKEEPER
                                        E-mail: patrick@sdcoastkeeper.org

**<u>Signature Certification</u>**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Patrick McDonough, co-counsel for San Diego Coastkeeper, and that I have obtained Mr. McDonough's authorization to affix his electronic signature to this document.

                                        <u>By: s/Livia B. Beaudin</u>
                                        LIVIA B. BEAUDIN
                                        Attorney for Plaintiffs
                                        COASTAL ENVIRONMENTAL RIGHTS FOUNDATION

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March 2024 I caused copies of the following documents:

**NOTICE OF COMPLETION AND SUBMITTAL OF FEDERAL AGENCIES' 45-DAY REVIEW PERIOD LETTER** to be sent to the following parties via electronic mail:

| | |
|---|---|
| Margaret Rosegay<br>Pillsbury Winthrop Shaw Pittman, LLP<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111<br>Tel.: 415.983.1000<br>Fax: 415.983.1200<br>margaret.rosegay@pillsburylaw.com | Attorneys for Defendant **Nucor Harris Rebar Southwest, Inc.** |
| Christine W. Ennis<br>United States Department of Justice<br>Environment and Natural Resources Division<br>Law and Policy Section<br>Ben Franklin Station<br>P.O. Box 7415<br>Washington, D.C. 20044<br>christine.ennis@usdoj.gov | Attorneys for **US Department of Justice** |

Dated: March 6, 2024

**COAST LAW GROUP, LLP**

By: s/Livia B. Beaudin
LIVIA B. BEAUDIN
Attorney for Plaintiffs
COASTAL ENVIRONMENTAL RIGHTS FOUNDATION
E-mail: livia@coastlawgroup.com